NUMBER 13-99-00741-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE SCI TEXAS FUNERAL SERVICES, INC.

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam (1)



 On May 4, 2000, this Court abated this original proceeding pending action by the
trial court on a petition for bill of review. There was no further activity in this cause until
March 5, 2009, when this Court ordered the parties to file an advisory regarding the status
of the mandamus proceeding and, if applicable, a motion to reinstate or a motion to
dismiss. Relator has now filed a motion to dismiss this proceeding on grounds that it is
moot. More than ten days have passed and the real parties in interest have not filed a
response to the motion to dismiss.

 The Court, having examined and fully considered the petition for writ of mandamus
and the motion to dismiss, is of the opinion that relator has shown itself entitled to the relief
sought. Accordingly, the motion to dismiss is GRANTED, and the petition for writ of
mandamus is DISMISSED AS MOOT without reference to the merits.

 IT IS SO ORDERED. 

 PER CURIAM


Memorandum Opinion delivered and filed

this 23rd day of April, 2009.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is
not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).